FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 JAN 22  A 11: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CATHERINE DAVIS

  Plaintiff,

V.                                           CIVIL ACTION NO
                                             1:07CV2551 (RDB)

CREDIT BUREAU COLLECTION SERVICES, INC.

Defendant.                                   JANUARY 21, 2008

## STIPULATION FOR DISMISSAL

The plaintiff Catherine Davis through her attorney Bernard T. Kennedy and Credit Bureau Collection Services, Inc. through their attorney Christopher Lord, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
207 Miles River Court
Odenton, MD 21113
Ph  (410) 305-4000
Fax (410) 305-4005
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

GRANTED this 22nd day of January 2008

_____
Richard D. Bennett
United States District Judge

